IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-03651-CYC

RICHARD LAYNERKER JAUREGUI SANCHEZ,

Petitioner,

v.

GEORGE VALDEZ, in his official capacity as Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD BLANCHE, in his official capacity as Attorney General of the United States
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and
JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,

Respondents.

---

**ORDER TO SHOW CAUSE**

---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Richard Laynerker Jauregui Sanchez, ("Petitioner"). The Petitioner is currently detained at the Denver Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the respondents. ECF No. 1 at 2. Among other things, he seeks a Court order instructing the respondents to give him a bond hearing. *Id*. at 21.

Upon review of the Petition, it is hereby ORDERED that, **on or before August 17, 2026**, the Petitioner shall serve the respondents with the Petition, its exhibits, and this Order to Show Cause. Within **48 hours** of serving the respondents, the Petitioner shall file proof of service on the docket, and counsel for the respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before August 24, 2026**, the respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (D. Colo. Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before August 31, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 4, is **August 24, 2026**.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is further ORDERED that the respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v. Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

Entered and dated this 14th day of August, 2026, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge